## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE CONTEJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:24-cv-1001 PLC |
| | ) | |
| AMEREN, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Katherine Contejean filed this employment discrimination action for money damages on July 22, 2024. Plaintiff has neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs. Plaintiff must either pay the filing fee or file a motion to proceed without prepayment of fees or costs for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). Plaintiff is cautioned that a failure to timely pay the filing fee or file a motion seeking leave to commence this action without payment of fees or costs, will result in the dismissal of this case, without prejudice and without further notice. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff an "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit an application to proceed without prepaying fees or costs by **Friday, August 23, 2024**.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of July, 2024