RECEIVED

AUG 19 2024

BY MAIL

8/16/2024

Nathan Graves,

I am writing to ask that anything
Related to my case be Removed
from the internet. I am having
people ask me about this and
I thought it would be confidential.

My Case # 4:24-cv-01001-PLC.
Katherine (Kathy) Contejean. If
there are other channels or
procedure I need to follow in order
for this to be Removed please
advise.

Thanks

Kathy Contejean
314-225-5846

Kathy Cortejeur
2116 Northern Limits Dr.
Florissant, Mo 63031

SAINT LOUIS MO 630
17 AUG 2024 PM 7 L
RECEIVED
AUG 19 2024
BY MAIL

JOHN LEWIS

4:24-cv-01001-PLC

United States District Court
office of the Clerk
Attn: Nathan Graves
111 South 10th Street
St. Louis, Mo. 63102

RECEIVED

AUG 19 2024

BY MAIL

8/16/24

Patricia L. Cohen,

I am writing to request my case be removed from the internet. I am having people ask me about this and I thought the whole time it was going to be confidential. Please accept this letter as my request to remove all information regarding case No. 4:24-cv-01001-PLC. If there is another process I need to follow in order to have it removed please advise.

Thanking you in advance,

Katherine (Kathy) Cortejear

314-225-5846

Kathy Contejean
2116 Northern Limits Dr.
Florissant, Mo 63031

SAINT LOUIS MO  630
17 AUG 2024  PM 7  L
RECEIVED
AUG 19 2024
BY MAIL

JOHN LEWIS

4:24-cv-01001-PLC

United States Dist. Court
Office of the Clerk
Attn: Judge Patricia L. Cohen
111 South 10th St.
St. Louis, Mo 63102