**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KATHRINE CONTEJEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:24-cv-1001 PLC |
| | ) |
| AMEREN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On July 23, 2024, the Court directed self-represented Plaintiff Kathrine Contejean to either pay the filing fee in this matter or file a motion to proceed without prepayment of fees or costs. [ECF No. 3]  On August 16, 2024, the Court received the filing fee for this matter.

Because Plaintiff paid the full filing fee, neither the Court nor the United States Marshal Service performs service of process.  Instead, Plaintiff is responsible for serving Defendant Ameren pursuant to Rule 4 of the Federal Rules of Civil Procedure.  The two options for service of process are described below:

Plaintiff must serve Defendant Ameren with a summons.  To do so, Plaintiff must submit to the Court: i) a file-stamped copy of her complaint; ii) a completed summons form (AO Form 440); and iii) a completed "Notice of Intent to Use Private Process Server" form.  The "Notice of Intent to Use Private Process Server" form must include the name and address of the process server who will be effectuating service upon Defendant.  Plaintiff must complete these forms and return them to the Clerk's Office.  Once Plaintiff submits these forms, the Clerk's Office will sign and seal her summons and return it to her.  A private process served must then serve Defendant and a

return of service must be filed with the Court. Attached to this Order are the necessary forms for service of the complaint by summons.

Alternatively, Plaintiff may elect to serve Defendant with the "Waiver of Service" form pursuant to Federal Rule of Civil Procedure 4(d). If Plaintiff uses this option, she must complete a "Waiver of Service" form and send it to Defendant Ameren, along with a copy of the complaint and a self-addressed and stamped envelope.[1] The Court will order the Clerk to forward these forms with a copy of this Order. If Defendant Ameren chooses not to waive service, Plaintiff will then need to use a private process server as described above.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall cause service to be effected upon Defendant Ameren **no later than ninety (90) days from the date of this order**. In the absence of good cause shown, failure to timely serve said Defendant shall result in the dismissal of Plaintiff's case without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to Plaintiff with a copy of this order: i) a file-stamped copy of the complaint; ii) a summons form; iii) a "Notice of Intent to Use Private Process Server" form; and iv) a "Waiver of Service" form.

                                                      _/s/ Patricia L. Cohen_
                                                      PATRICIA L. COHEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of August, 2024

---

[1] If Plaintiff chooses to serve Defendant by waiver, she should file a notice with the Court informing the Court of her intention. Additionally, after the Defendant signs one copy of the waiver and returns it to Plaintiff, Plaintiff should file her copy of the signed waiver with the Court.